OPINION — AG ** CONFLICT OF INTEREST ** A MEMBER OF A SCHOOL BOARD (BOARD OF EDUCATION) " WHO, UNDER CONTRACT, OPERATES THE LOCAL BOOK DEPOSITORY " CANNOT " LEGALLY SELL TEXTBOOKS, SUCH AS WORKBOOKS, ETC., TO THE SCHOOL DISTRICT " WHICH HE SERVES AS A MEMBER OF THE BOARD OF EDUCATION. CITE: 62 O.S.H. 371, 70 O.S.H. 4-29, 70 O.S.H. 16-14 (J. H. JOHNSON)